UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PALACIOS, | Case No. 2:25-cv-0114-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner at Mule Creek State Prison, has filed letters requesting a transfer to a medical facility. ECF Nos. 1, 5, & 8. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed *in forma pauperis*.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed *in forma pauperis* or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1  that bears the docket number assigned this case.

2      2. Plaintiff shall also submit, within thirty days from the date of this order, an application
3  to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the filing fee in the
4  amount of $405.00.[2]

5      3. The Clerk of Court is directed to send plaintiff the court's form for filing a civil rights
6  action, and the application to proceed *in forma pauperis* by a prisoner.

7  IT IS SO ORDERED.

9  Dated:    February 25, 2025                                 
10                                          JEREMY D. PETERSON
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] The $405.00 is comprised of the $350.00 filing fee and a $55.00 administrative fee. If plaintiff is granted leave to proceed *in forma pauperis*, plaintiff is not required to pay the $55.00 administrative fee.

2